FILED:  February 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-1125
(3:17-cv-00072-NKM-JCH)

———————————

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; NATALIE ROMERO; CHELSEA ALVARADO;
THOMAS BAKER

Plaintiffs - Appellees

and

TYLER MAGILL; HANNAH PEARCE

Plaintiffs

v.

CHRISTOPHER CANTWELL

Defendant - Appellant

and

JASON KESSLER; RICHARD SPENCER; JAMES ALEX FIELDS, JR.;
VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS,
LLC.; ROBERT AZZMADOR RAY; NATHAN DAMIGO; ELLIOTT KLINE,
a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID
MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER
PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH;
JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST
FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-
KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF
THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU KLUX KLAN,

a/k/a East Coast Knights of the True Invisible Empire

Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:17-cv-00072-NKM-JCH |
| Date notice of appeal filed in originating court: | 01/30/2023 |
| Appellant(s) | Christopher Cantwell |
| Appellate Case Number | 23-1125 |
| Case Manager | Marcy E. Beall 804-916-2702 |