IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 23-1125

Sines, et al, Plaintiffs vs.

Kessler, et al, Defendants

Civil Action 3:17-cv-00072-NKM-JCH

PRO SE APPELLANT DEFENDANT CANTWELL'S STAGGERING CONFUSION AT PLAINTIFF CROSS APPELLANTS' REPLY BRIEF

ENTIRETY OF STATEMENT

The last I heard of this case was when the Court informed me that my case had been joined with that of my co-Defendants. On the evening of this writing, I received Plaintiffs' "Reply Brief" and I have not the vaguest idea what they are replying to.

It stands out as conspicuous to me that they continue to assert as the basis of their argument that I was found liable for racially motivated violence.

RECEIVED
2023 AUG 29 PM 1:11
FOURTH CIRCUIT

The thrust of my brief in this case is that we were not found liable for anything of the sort. I have heard no decision on this. The verdict is plainly at odds with the Plaintiffs' assertion, since this was the only theory of liability for the federal counts, and no verdict was reached thereon.

The Plaintiffs then asked the lower Court to dismiss those counts with prejudice.

Without anyone contacting me, or waiting two weeks for me to respond, the District Court granted that motion stating that "Counsel" had agreed.

Well, I do not have Counsel, and nobody consulted me about consenting.

Had the Plaintiffs' motion not been granted, they could still sue us for that which they claim to have prevailed on here. It seems to me they sought this motion to advance their argument before this Court.

But their argument is plainly meritless.

If we were found liable for racially motivated violence, there would have been a verdict on the federal counts. No such verdict was reached, and we were thus held liable for something other than that.

We were found liable under a statute which could find liability for harassment. We were not sued for harassment, the case would have been tossed if we were, and we

were not found liable for the violent conspiracy alleged, and so the theory of liability here is invalid.

To the best of my knowledge, this has not been disputed.

The Plaintiffs outright ignore this fact and continue to assert that which is facially preposterous.

I hope this Court means to correct the wrong that was done here, because it is obvious, and history will judge those who let this wrong stand.

Respectfully Submitted,

Christopher Cantwell

August 21st 2023

Chris Cantwell
497 Hooksett Road
Unit 312
Manchester, NH 03104

Clerk
4th Circuit Court of Appeals
1100 East Main Street Suite 501
Richmond, VA, 23219