# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

NOTICE TO RESPOND
RE: SUGGESTION OF DEATH

_____

No. 23-1123 (L), <u>Elizabeth Sines v. Jeff Schoep</u>
3:17-cv-00072-NKM-JCH

**RESPONSE DUE: November 12, 2024**

TO: All Parties

The parties are directed to provide their views on how this case should proceed in light of the death of Ms. Blair. Response(s) must be filed by the response due date shown in this notice.

Rachel Phillips, Deputy Clerk
804-916-2702