FILED:  January 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1123 (L)
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; SORONYA HUDSON; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

       Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

       Plaintiffs

v.

JEFF SCHOEP

       Defendant - Appellant

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA;
MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew
Parrott; TRADITIONALIST WORKER PARTY; MICHAEL HILL; MICHAEL
TUBBS; LEAGUE OF THE SOUTH; NATIONAL SOCIALIST MOVEMENT;
NATIONALIST FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL
ORDER OF THE ALT-KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL
WHITE KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF

THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

       Defendants

———————————

No. 23-1125
(3:17-cv-00072-NKM-JCH)

———————————

ELIZABETH SINES; SETH WISPELWEY; SORONYA HUDSON; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

       Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

       Plaintiffs

v.

CHRISTOPHER CANTWELL

       Defendant - Appellant

 and

JASON KESSLER; RICHARD SPENCER; JAMES ALEX FIELDS, JR.;
VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS,
LLC.; ROBERT AZZMADOR RAY; NATHAN DAMIGO; ELLIOTT KLINE,
a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID
MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER
PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH;
JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST
FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-
KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF
THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU KLUX KLAN,
a/k/a East Coast Knights of the True Invisible Empire

Defendants

————————————————

O R D E R

————————————————

The court substitutes Soronya Hudson for Marissa Blair as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk